1  **ELIZABETH M. BARROS**
   California State Bar No. 227629
2  **FEDERAL DEFENDERS OF SAN DIEGO, INC.**
   225 Broadway, Suite 900
3  San Diego, CA 92101-5008
   (619) 234-8467/Fax: (619) 687-2666
4  E-Mail: elizabeth_barros@fd.org

5  Attorneys for Eliodoro Zapata-Herrera

UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

**(HONORABLE NITA L. STORMES)**

| UNITED STATES OF AMERICA, | ) | Case No. 08MJ0546-NLS |
|---|---|---|
| Plaintiff, | ) | |
| v. | ) | **CERTIFICATE OF SERVICE** |
| ELIODORO ZAPATA-HERRERA, | ) | |
| Defendant. | ) | |

Counsel for Defendant certifies that a copy of the foregoing document has been served this day upon:

Caroline.Han@usdoj.gov

Respectfully submitted,

DATED:   April 21, 2008          /s/ Elizabeth M. Barros
                                 **ELIZABETH M. BARROS**
                                 Federal Defenders of San Diego, Inc.
                                 Attorneys for Eliodoro Zapata-Herrera